IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>YUNEIRYS ERNESTO PIMENTEL-ORTIZ a/k/a Yuneiris E. Pimentel-Ortiz a/k/a Josué Negrón-Barreto a/k/a Rafael Ramírez-González<br>Defendant | CRIMINAL 11-0201CCC |

**O R D E R**

Having considered the Report and Recommendation filed on July 14, 2011 (**docket entry 29**) on a Rule 11 proceeding of defendant Yuneirys Ernesto Pimentel-Ortiz, represented by his counsel, held before U.S. Magistrate Judge Camille L. Vélez-Rivé on July 11, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 11, 2011. The **sentencing hearing is set for September 15, 2011 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 8, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge